

U.S. Department of Justice

United States Attorney
Southern District of New York

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/04/07

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 31, 2007



RECEIVED
JUN - 1 2007
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

Honorable Deborah A. Batts
United States District Court
Southern District of New York
500 Pearl Street, Suite 2510
New York, New York 10007

    Re:    **United States v. Kwame Prempeh, et al.,**
            07 Cr. 311 (DAB)

Dear Judge Batts:

    The Government respectfully submits this letter to request that the conference scheduled for June 4, 2007, at 10:30 a.m. in the above-referenced matter be adjourned until June 18 at 10:30 a.m. The Government spoke with defense counsel and they join in the request.  *granted /DAB/*

    In addition, the Government seeks to exclude time under the Speedy Trial Act until the date of the next conference. Such an exclusion is warranted because, among other reasons, it will enable the Government to work on providing discovery.  *granted /DAB/*

*In the interest of justice, Time is excluded pursuant to The Speedy Trial Act from June 4, 2007 until June 18, 2007 at 10:30*

    Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
John T. Zach
Assistant United States Attorney
(212) 637-2410

Copy to:
Michael Hurwitz, Esq.
Elizabeth Fink, Esq.
**BY FAX**

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

June 1, 2007