```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

                -against-                    07 Cr. 311 (DAB)
                                                 ORDER
KWAME PREMPEH,

                Defendant.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

On September 6, 2007 the Defendant pled guilty before Magistrate Judge Gabriel Gorenstein. The Probation Office shall complete its final Pre-sentencing Report by December 19, 2007. The sentencing date has been adjourned sine die.

The Parties shall submit to Chambers any pre-sentencing arguments and information that they might wish to present by 4:00 on January 7, 2008. Even if the Parties completely concur with the recommendations of the Probation Office's Pre-sentencing Report or if a Party has no response to the opposing Party's pre-sentencing submission, the Court nonetheless requires a written statement to that effect on or before January 7, 2008.

SO ORDERED.

Dated:   New York, New York
         October 3, 2007

                                        _Deborah A. Batts_
                                        DEBORAH A. BATTS
                                        United States District Judge