```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA,           :
                                    :    ORDER OF FORFEITURE
            -v-                     :
                                         07 Cr. 311 (DAB)
KWAME PREMPEH,                      :
     a/k/a "Abdellah",              :
ABASS GLES,                         :
                                    :
            Defendants.             :
------------------------------------x
```

WHEREAS, on April 16, 2007, KWAME PREMPEH, a/k/a "Abdellah," and ABASS GLES (together, the "defendants") were charged in a three-count Indictment, 07 Cr. 311 (DAB) (the "Indictment"), with conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349 (Count One), conspiracy to commit access devise fraud, in violation of 18 U.S.C. § 1029(b)(2) (Count Two), and aggravated identity theft, in violation of 18 U.S.C. §§ 1028A and 2 (Count Three);

WHEREAS, the Indictment included a forfeiture allegation providing notice that the Government is seeking forfeiture of all property, real and personal, that constitutes or is derived from proceeds obtained directly or indirectly as a result of the conspiracies charged in the Indictment, including but not limited to at least $125,000 in United States currency, representing the amount of proceeds obtained as a result of those crimes;

WHEREAS, on April 10, 2008, defendant KWAME PREMPEH (the "Defendant") pled guilty to all counts of the Indictment

pursuant to a plea agreement with the Government;

WHEREAS, pursuant to the plea agreement, the Defendant admitted the forfeiture allegations in the Indictment and agreed to forfeit a sum of money equal to $125,000.00 in United States currency, representing the amount of proceeds obtained as a result of the offenses charged in Counts One, Two and Three; and

WHEREAS, on April 10, 2008, the Defendant was sentenced to, <u>inter</u> <u>alia</u>, a forfeiture money judgment in the amount of $125,000.00 in United States currency, representing the amount of proceeds obtained as a result of the offenses charged in Counts One, Two and Three;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offenses charged in the Indictment, for which the Defendant pled guilty, a Money Judgment in the amount of $125,000.00 shall be entered against the Defendant, for which the defendants are jointly and severally liable.

2. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall be final as to the Defendant at the time of sentencing and shall be made part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture the United States Attorney's Office is authorized to conduct any

discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

    4.   All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service," and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007.

    5.   The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

    6.   The Clerk of the Court shall forward four certified copies of this Order to Assistant United States Attorney Anna E. Arreola, at the United States Attorney's Office, Southern District of New York, One St. Andrew's Plaza, New York, New York 10007.

Dated:   New York, New York
           April 23, 2008

                              SO ORDERED:

                              *Deborah A. Batts*
                              HONORABLE DEBORAH A. BATTS
                              UNITED STATES DISTRICT JUDGE